UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

RECEIVED
MAY 0 8 2026
PAIGE WYMORE-WYNN, CLERK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

| | |
|---|---|
| LESLIE DENNIS MANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:26-cv 03259-MDH |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S PRAECIPE FOR REISSUANCE OF SUMMONS

**TO THE CLERK OF THE COURT:**

Plaintiff Leslie Dennis Mannon, appearing pro se, respectfully requests that the Clerk

reissue Summonses on Form AO-440 under the current case caption Mannon v. United States

Department of Homeland Security, et al., Case No. 6:26-cv-03259-MDH, for the following federal Defendants:

1. United States Department of Homeland Security;

2. Transportation Security Administration;

3. Christine Griggs, in her official capacity as Assistant Administrator of the TSA Office of Civil Rights and Liberties;

4. Kristin C. Andrade, in her official capacity;

5. Brian S. Meadows, in his official capacity as Assistant Federal Security Director, Mission Support, Missouri Airports;

6. United States Attorney for the Western District of Missouri (Fed. R. Civ. P. 4(i)(1)(A)(ii)); and

7. Attorney General of the United States (Fed. R. Civ. P. 4(i)(1)(B)).

Reissuance is requested because the Court entered a NOTICE OF REASSIGNMENT (Doc. 2, May 4, 2026) reassigning this action from Magistrate Judge David P. Rush to Senior District Judge M. Douglas Harpool, with the new case-number suffix "-MDH" superseding the prior suffix "-DPR" that appeared on the Summonses originally issued by the Clerk on May 1, 2026. Plaintiff requests reissuance under the current case caption to ensure that the Summonses served on each federal Defendant accurately reflect the case as currently captioned and assigned.

Plaintiff is appearing pro se and is partially deaf. Plaintiff has prepared seven proposed AO-440 forms for the Clerk's convenience, with each Defendant's name and service address pre-

filled. Plaintiff respectfully requests that the Clerk complete and seal the reissued Summonses for in-person pickup at the Springfield Division Clerk's window or, in the alternative, by mail to Plaintiff's address listed below.

Respectfully submitted,

**Leslie Dennis Mannon**

Pro Se Plaintiff

25641 Ortega Drive

Lebanon, Missouri 65536

Telephone: (573) 703-3727

Email: dmansr@gmail.com

Dated: _May 8_, 2026