Case 6:26-cv-03259-MDH   Document 5-1   Filed 05/12/26   Page 1 of 1

*County of* **GREENE** *State of Missouri*

5100 W. DIVISION ST · SPRINGFIELD, MO. 65802

**JIM C. ARNOTT, Sheriff**
**Civil and Records Division**

RECEIVED

2026 MAY 12 AM11:06

CLERK U.S. DIST. COURT
WEST DIST OF MO

UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT
400 E 9TH ST
KANSAS CITY, MO 64106

640    641    64108S    R2-92

4099260506-154325543
6

64106

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Springfield, MO
PERMIT# 801

ADDRESS SERVICE REQUESTED