# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | |
|---|---|
| LESLIE DENNIS MANNON | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:26-cv-03259-DPR |
| Greg Wheelen, individually and in his official capacity | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

MAY 01 2026

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Greg Wheelen, Chief
Springfield-Branson National Airport Police
2300 N. Airport Boulevard
Springfield, MO 65802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leslie Dennis Mannon, Pro Se
25641 Ortega Drive
Lebanon, MO 65536
Phone: (573) 703-9123
Email: dmanisr@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/30/2026

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk




# GREENE COUNTY SHERIFF'S OFFICE
## Civil Division
## 5100 West Division, Springfield, MO 65802
## (417) 868-4042 Fax: (417) 829-6520

## RETURN ON SERVICE

Case #: 626CV03259

Name of Respondent/Corporation: Greg Wheelen, Chief

I certify under oath that as Deputy Sheriff of the County of Greene, and the State of Missouri, that I served a copy of the summons and petition along with attached documents to the following named defendant by: (check one)

☐ Delivering a copy of the summons and a copy of the petition to the Respondent.

☑ Leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with     Sgt Kevin Houseman     , a person of the Defendant's/Respondents family over the age of 15 years.

☐ (Corporation) Delivering a copy of the summons and a copy of the petition to:

(Name) _____ (Title) _____

☐ Other: _____

☐ Non Est. Reason: _____

**Served at:** 2300 N Airport Blvd _____ (Address)

in Greene County, MO on 5/04/26 _____ (Date) at 13:50 _____ (Time)

_____          _____
Printed Name of Sheriff or Server                  Signature of Sheriff or Server

(Notary Stamp Here)                  Notary Public _____

                                     Subscribed to and sworn before me on _____

Sheriff's Fees                 $_____
Non Est. Fees                  $_____
Supplemental Surcharge $_____
Total                          $_____