Case 6:26-cv-03259-MDH    Document 7-1    Filed 05/12/26    Page 1 of 1

*County of* **GREENE** *State of Missouri*

5100 W. DIVISION ST • SPRINGFIELD, MO. 65802

**JIM C. ARNOTT, Sheriff**
**Civil and Records Division**

RECEIVED

2026 MAY 12 AM11:06

CLERK U.S. DIST. COURT
WEST DIST. OF MO

640    641    64108S    **R2 – 92**

4099260506 – 154325543
6

64106

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Springfield, MO
PERMIT# 801

ADDRESS SERVICE REQUESTED

UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT
400 E 9TH ST
KANSAS CITY, MO 64106