County of **GREENE** *State of Missouri*

5100 W. DIVISION ST · SPRINGFIELD, MO. 65802

**JIM C. ARNOTT, Sheriff**
**Civil and Records Division**

RECEIVED
2026 MAY 12 AM II: 06
CLERK U.S. DIST. COURT
WEST DIST. OF MO

Scanned By U.S. Marshals

640   641   64108S   **R2-92**

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Springfield, MO
PERMIT# 801

4099260506-154325543
6

ADDRESS SERVICE REQUESTED

64106

UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT
400 E 9TH ST
KANSAS CITY, MO 64106