# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MISSOURI

## SOUTHERN DIVISION

LESLIE DENNIS MANNON,　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　　)

　　　Plaintiff,　　　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　　)

v.　　　　　　　　　　　　　　　　　　　)　　　Civil Action No. 6:26-cv-03259-MDH

　　　　　　　　　　　　　　　　　　　　)

UNITED STATES DEPARTMENT OF　　　　　　)

HOMELAND SECURITY, et al.,　　　　　　　)

　　　　　　　　　　　　　　　　　　　　)

　　　Defendants.　　　　　　　　　　　　)

## PLAINTIFF'S PRAECIPE FOR REISSUANCE OF SUMMONS

### (Address Correction — Three Federal Defendants)

TO THE CLERK OF THE COURT:

Plaintiff Leslie Dennis Mannon, appearing pro se, respectfully requests that the Clerk reissue Summonses on Form AO-440 under the current case caption Mannon v. United States

Department of Homeland Security, et al., Case No. 6:26-cv-03259-MDH, for the following three federal Defendants, each with the corrected service address set forth below:

**1. United States Department of Homeland Security:**

Office of the General Counsel

U.S. Department of Homeland Security

245 Murray Lane, SW

Mail Stop 0485

Washington, D.C. 20528-0485

**2. Christine Griggs, in her official capacity as Assistant Administrator, TSA Office of Civil Rights and Liberties:**

Christine Griggs, Assistant Administrator

TSA Office of Civil Rights and Liberties (TSA-6)

Transportation Security Administration

6595 Springfield Center Drive

Springfield, Virginia 20598-6006

**3. Kristin C. Andrade, in her official capacity:**

Kristin C. Andrade, Program Analyst

TSA Office of Civil Rights and Liberties (TSA-6)

Transportation Security Administration

6595 Springfield Center Drive

Springfield, Virginia 20598-6006

Reissuance is requested for the limited purpose of correcting the service addresses that appear on the face of the Clerk-issued Summonses originally entered by the Court on May 1, 2026. Plaintiff thereafter re-mailed those Summonses and the Amended Complaint by United States Postal Service Certified Mail on May 9, 2026 pursuant to Rules 4(i)(1)–(2) of the Federal Rules of Civil Procedure. Two of the three packets identified above have already failed at the Postal Service or are on a stale destination address, as set forth below.

First, the Summons addressed to the United States Department of Homeland Security (tracking number 9589 0710 5270 2624 3348 58) was returned to Plaintiff on May 14, 2026 with the status "Forward Expired." The May 9 envelope used "2707 Martin Luther King Jr. Avenue, SE, Washington, D.C. 20528," without the Department's published Mail Stop 0485 or ZIP+4. The Department's currently published Office of the General Counsel mailing address, accessible at dhs.gov/office-general-counsel, is the Murray Lane, SW address set forth in Paragraph 1 above.

Second, the Summonses addressed to Christine Griggs and Kristin C. Andrade in their official capacities at the TSA Office of Civil Rights and Liberties were directed on May 9 to "601 South 12th Street, Arlington, Virginia 20598-6033." The currently published mailing address for the TSA Office of Civil Rights and Liberties (TSA-6) is 6595 Springfield Center Drive, Springfield, Virginia 20598-6006. To avoid a like return-to-sender outcome, Plaintiff

requests reissuance with the corrected address now, before the in-transit packets reach delivery and risk a non-deliverable disposition.

Plaintiff is appearing pro se and is partially deaf. For the Clerk's convenience Plaintiff has prepared three proposed AO-440 forms with each Defendant's caption, the current Civil Action Number (6:26-cv-03259-MDH), and the corrected service address pre-filled. The proposed forms are submitted herewith. Plaintiff respectfully requests that the Clerk complete, sign, and seal the reissued Summonses for in-person pickup at the Springfield Division Clerk's window or, in the alternative, by mail to Plaintiff's address listed below.

The Rule 4(m) ninety-day service period continues to run from the April 30, 2026 filing date and expires on or about July 29, 2026. Plaintiff submits this Praecipe well within that window and intends to re-mail the reissued Summonses by Certified Mail with Return Receipt Requested promptly upon receipt from the Clerk.

Respectfully submitted,

**Leslie Dennis Mannon**

Pro Se Plaintiff

25641 Ortega Drive

Lebanon, Missouri 65536

Telephone: (573) 703-3727

Email: dmansr@gmail.com

Dated: _May 18_ , 2026