Civil Action No. 6:26-cv-03259-MDH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney for the Western District of Missouri

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service upon the United States by U.S.P.S. Certified Mail pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii). See Additional information below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 05/26/2026                          *Server's signature*

                                          Leslie Dennis Mannon, Plaintiff Pro Se
                                          *Printed name and title*

                                          25641 Ortega Drive, Lebanon, MO 65536

                                          *Server's address*

Additional information regarding attempted service, etc:
A copy of the Summons and Complaint was deposited with the U.S. Postal Service at Lebanon, Missouri, on May 9, 2026, as Certified Mail addressed to the Civil Process Clerk, Office of the United States Attorney, Charles Evans Whittaker U.S. Courthouse, 400 East 9th Street, Room 5510, Kansas City, MO 64106. USPS Certified Mail Tracking No 9589 0710 5270 2624 3348 89. Delivery confirmed May 19, 2026, Kansas City, MO 64106 (USPS Tracking record attached as Exhibit A).

Print          Save As...                                    Reset