Civil Action No.  6:26-cv-03259-MDH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Brian S. Meadows, Assistant Federal Security Director (sued in

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service upon a United States officer (official capacity) by U.S.P.S. Certified Mail pursuant to
Fed. R. Civ. P. 4(i)(2). See Additional information below.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0___ .

I declare under penalty of perjury that this information is true.

Date:     05/26/2026

_____
*Server's signature*

Leslie Dennis Mannon, Plaintiff Pro Se
*Printed name and title*

25641 Ortega Drive, Lebanon, MO 65536

_____
*Server's address*

Additional information regarding attempted service, etc:
A copy of the Summons and Complaint was deposited with the U.S. Postal Service at Lebanon, Missouri, on May 9, 2026, as Certified Mail addressed to Brian S. Meadows, Assistant Federal Security Director, Mission Support, Missouri Airports, c/o Transportation Security Administration, 6595 Springfield Center Drive, Springfield, VA 20598-6002. USPS Certified Mail Tracking No. 9589 0710 5270 2624 3349 02. Delivery confirmed May 18, 2026, Springfield, VA 20598 (USPS Tracking record attached as Exhibit A).

Print          Save As...                                             Reset