# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | | |
|---|---|---|
| LESLIE DENNIS MANNON<br>*Plaintiff(s)*<br>v.<br>Christine Griggs, in her official capacity<br>*Defendant(s)* | ) | Civil Action No. 6:26-cv-03259-MDH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Christine Griggs, Assistant Administrator
TSA Office of Civil Rights and Liberties (TSA-6)
Transportation Security Administration
6595 Springfield Center Drive
Springfield, VA 20598-6006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leslie Dennis Mannon, Pro Se
25641 Ortega Drive
Lebanon, MO 65536
Phone: (573) 703-3727
Email: dmansr@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:26-cv-03259-MDH

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Christine Griggs, Assistant Administrator, TSA Office of Civil
was received by me on *(date)* May 18, 2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: Service by U.S.P.S. Certified Mail pursuant to Fed. R. Civ. P. 4(i)(2)(A). See Additional information below.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 06/17/2026

Leslie Dennis Mannon
*Server's signature*

Leslie Dennis Mannon, Plaintiff Pro Se
*Printed name and title*

25641 Ortega Drive, Lebanon, MO 65536
*Server's address*

Additional information regarding attempted service, etc:
A copy of the Summons and Complaint was deposited with the U.S. Postal Service at Lebanon, Missouri, on May 18, 2026, as Certified Mail addressed to Christine Griggs, Assistant Administrator, TSA Office of Civil Rights and Liberties (TSA-6), Transportation Security Administration, 6595 Springfield Center Drive, Springfield, VA 20598-6006. USPS Certified Mail Tracking No. 9589 0710 5270 2624 3350 22. Delivery confirmed May 27, 2026, Springfield, VA 20598, Left with Individual (USPS Tracking record attached as Exhibit A).



Print Save As... Reset

Tracking Number:

# 9589071052702624335022

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:22 am on May 27, 2026 in DHS, VA 20598.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**
DHS, VA 20598
May 27, 2026 9:22 AM

**Arrived at Post Office**
WASHINGTON, DC 20018
May 27, 2026 7:56 AM

**Arrived at USPS Facility**
WASHINGTON DC DISTRIBUTION CENTER
May 22, 2026 9:03 AM

**Arrived at USPS Facility**
KANSAS CITY MO DISTRIBUTION CENTER
May 20, 2026 8:08 AM

**Arrived at USPS Facility**
SPRINGFIELD MO DISTRIBUTION CENTER
May 19, 2026 10:51 AM

**Departed Post Office**
LEBANON, MO 65536
May 19, 2026 7:00 AM

**Departed USPS Facility**
LEBANON, MO 65536
May 18, 2026 4:36 PM

**USPS in possession of item**
LEBANON, MO 65536
May 18, 2026 11:17 AM

Hide Tracking History