# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

LESLIE MANNON,     )
    )
    Plaintiff,     )
    )     No. 6:26-cv-03259-MDH
vs.     )
    )
UNITED STATES DEPARTMENT OF     )
HOMELAND SECURITY, et.al.,     )
    )
    Defendants.     )

## DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT

Defendants, the United States Department of Homeland Security (DHS) and the Transportation Security Administration (TSA), move this Court for an order enlarging time to file an answer or otherwise respond to Plaintiff's Amended Complaint, ECF No. 3, by thirty days to Wednesday, August 5, 2026. In support of this motion, Defendants state:

### Supporting Suggestions

1. On April 30, 2026, Plaintiff Leslie Mannon filed a Complaint, ECF No. 1, alleging claims against DHS, TSA, and the City of Springfield. On May 8, 2026, Plaintiff filed an Amended Complaint, ECF No. 3.

2. On May 4, 2026, the Summons and Complaint were served on the United States Attorney's office.

3. Counsel for Defendants DHS and TSA requests an enlargement of time to receive and subsequently review records from TSA, to obtain information from individuals within TSA who have or may have knowledge of Plaintiff's claims, and to seek policy information and guidance from TSA. The requested extension is necessary to permit the undersigned to thoroughly review

1

and assess the facts and issues presented in this case and to formulate, prepare, and file a proper response to Plaintiff's allegations.

4. This is Defendants' first request for an enlargement of time. In seeking additional time to respond, Defendants do not intend to delay these proceedings, but rather to develop a complete and thorough record for an efficient and just presentation of the issues before this Court. Thus, granting this motion will not unduly hinder a speedy and proper resolution of this case.

Based on the foregoing, Defendants DHS and TSA request the Court enter an order enlarging the time to answer or otherwise respond to Plaintiff's Amended Complaint by thirty days to Wednesday, August 5, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By:    */s/ Wyatt R. Nelson*
Wyatt Nelson,
Missouri Bar No. 72944;
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
wyatt.nelson@usdoj.gov

ATTORNEYS FOR DEFENDANTS
DEPARTMENT OF HOMELAND SECURITY
TRANSPORTATION SECURITY
ADMINISTRATION

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June 2026, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was mailed to Pro Se Plaintiff at the address listed below.

Leslie Mannon
25641Ortega Drive
Lebanon, MO 65536

*/s/ Wyatt R. Nelson*

_____
Wyatt R. Nelson
Assistant United States Attorney