**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF MISSOURI**

**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 6:26-cv-03259-MDH |

**PLAINTIFF'S NOTICE REGARDING RULE 26(f) CONFERENCE AND RULE 16(b) SCHEDULING ORDER**

COMES NOW Plaintiff Leslie Dennis Mannon, proceeding pro se, and respectfully notifies the Court of the following procedural status regarding the Rule 26(f) conference and Rule 16(b) scheduling order in this action.

1. Defendants City of Springfield, Greg Wheelen, Kevin Houseman, Darren Whisnant, and Casey Matthews answered the Amended Complaint on May 22, 2026 (Doc. 11), through counsel David S. Baker of Fisher, Patterson, Sayler & Smith, LLP. That Answer was the first appearance by any Defendant in this action and started the 60-day period under Fed. R. Civ. P. 16(b)(2) within which a scheduling order must issue.

2. On July 2, 2026, Plaintiff emailed Mr. Baker proposing a Rule 26(f) conference "this week or early next" so that a joint proposed scheduling order could be timely submitted, and

noting that, since Plaintiff proceeds pro se, Local Rule 16.1(c)(1) places responsibility for drafting the proposed scheduling order on defense counsel following the conference.

3. As a courtesy, Plaintiff also emailed AUSA Wyatt R. Nelson the same day, who had appeared on June 29, 2026 on behalf of Defendants Department of Homeland Security and Transportation Security Administration (Doc. 16), giving him the option to participate in the conference or to address federal scheduling provisions separately once those Defendants answer.

4. Plaintiff received only an automatic out-of-office reply from Mr. Baker on July 2, 2026. Despite that reply directing inquiries to his paralegal and secretary, Plaintiff has received no substantive response from Mr. Baker, his staff, or AUSA Nelson as of the date of this filing.

5. No Rule 26(f) conference has taken place. No joint or unilateral proposed scheduling order has been filed. The 60-day period under Rule 16(b)(2), measured from the May 22, 2026 Answer, has now expired.

6. Plaintiff files this notice to bring this status to the Court's attention and respectfully requests that the Court enter an order either (a) directing Defendants' counsel to confer with Plaintiff and submit a proposed scheduling order within a time set by the Court, or (b) setting a Rule 16 scheduling conference, or (c) granting such other relief as the Court deems appropriate in light of Defendants' counsel's non-response to Plaintiff's good-faith attempts to confer.

Respectfully submitted,

Leslie Dennis Mannon

Leslie Dennis Mannon
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com
*Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I served a true and correct copy of the foregoing Notice by email and U.S. Mail upon:

David S. Baker
Fisher, Patterson, Sayler & Smith, LLP
9393 W. 110th Street, Suite 300
Overland Park, KS 66210
DBaker@fpsslaw.com
*Attorney for Defendants City of Springfield, Wheelen, Houseman, Whisnant, and Matthews*

Wyatt R. Nelson
Assistant United States Attorney
Western District of Missouri
wyatt.nelson@usdoj.gov
*Attorney for Defendants United States Department of Homeland Security and Transportation Security Administration*

Leslie Dennis Mannon
______________________________
Leslie Dennis Mannon