# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LESLIE DENNIS MANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case: 6:26-CV-03259-MDH |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER SETTING DEADLINE FOR FILING OF</u>
## <u>PROPOSED SCHEDULING ORDER AND FOR RULE 26(f) CONFERENCE</u>

A joint proposed scheduling order/discovery plan ("Proposed Scheduling Order") will be filed on or before **September 10, 2026**. The Proposed Scheduling Order will comply with Local Rules 16.1(d), 16.1(f), 26.1(c), 26.1(d). In accordance with Local Rule 16.1(d), Plaintiff's counsel will take the lead in preparing the Proposed Scheduling Order.

Counsel may find Judge Harpool's proposed scheduling order form on the court's website at https://www.mow.uscourts.gov/district/sched_orders. Counsel will file using the EM/ECF filing event under Civil Events – Other Filings – Other Documents – Proposed Scheduling Order. (See "Filing Sealed Documents and Proposed Documents" in the <u>CM/ECF Civil and Criminal Administrative Procedures Manual and User's Guide</u> found at:

https://www.mow.uscourts.gov/district/rules "District Court Local Rules, ESI Principles, Procedures & Fees" – "Local Rules & Procedures" – "Procedures."

The Rule 26(f) conference will take place on or before **August 26, 2026.** Counsel are reminded that Rule 26(a)(1) disclosures shall be made at the Rule 26(f) conference. During the Rule 26(f) conference, the parties will discuss the nature and bases of their claims and defenses,

1

the possibilities for a prompt settlement of the case, and each of the topics described in Rule 26(f)(3). The parties are expected to review the Principles for the Discovery of Electronically Stored Information prior to the Rule 26(f) conference and to discuss the corresponding Checklist for Rule 26(f) Meet and Confer during the conference. Both documents are available on the Court's website under "District Court Local Rules, ESI Principles, Procedures & Fees https://www.mow.uscourts.gov/district/rules.

In cases assigned to the Court's Mediation and Assessment Program (MAP), the MAP General Order requires that parties assigned to the outside mediator category electronically file the Designation of Mediator within fourteen (14) calendar days after the Rule 26 meeting and mediate the case within seventy-five (75) calendar days after the Rule 26 meeting.

Within fifteen (15) days of this Order, each non-governmental corporate party must file a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public.

**IT IS SO ORDERED.**

DATED: July 28, 2026

    */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

2