LESLIE MANNON, )
)
           Plaintiff, )
) No. 6:26-cv-03259-MDH
    vs. )
)
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, et.al., )
)
           Defendants. )

**DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER/RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants, the United States Department of Homeland Security (DHS) and the Transportation Security Administration (TSA), move this Court for an order enlarging time to file an answer or otherwise respond to Plaintiff's Amended Complaint, ECF No. 3, by nine days to Friday, August 14, 2026. In support of this motion, Defendants state:

**Supporting Suggestions**

1. On April 30, 2026, Plaintiff Leslie Mannon filed a Complaint, ECF No. 1, alleging claims against DHS, TSA, and the City of Springfield. On May 8, 2026, Plaintiff filed an Amended Complaint, ECF No. 3.

2. On May 4, 2026, the Summons and Complaint were served on the United States Attorney's office.

3. Counsel for Defendants DHS and TSA previously requested, and the Court granted, a request for an extension of time to file an answer or response until August 5, 2026.

4. Due to the press of other concerns, namely depositions and preparation for an upcoming mediation in a tort action, *Collins v. United States*, 6:25-cv-3155-BP, undersigned counsel has

1

been unable to prepare a response to Plaintiff's complaint which adequately addresses the multiple claims against the DHS and TSA. Plaintiff's pro se complaint appears to challenge TSA operating procedures under both the Rehabilitation Act and the Administrative Procedure Act, and thus brings up intricate matters of administrative law, sovereign immunity, and the availability of injunctive relief. Undersigned counsel believes that further time will be needed to adequately inform the Court regarding these issues.

5. This is Defendants' second request for extension of time. By seeking additional time to respond, Defendants do not intend to delay these proceedings, but rather to develop a complete and thorough record for an efficient and just presentation of the issues before this Court. Thus, granting this motion will not unduly hinder a speedy and proper resolution of this case.

6. Undersigned counsel has reached out to Plaintiff. Plaintiff has consented to the requested extension.

Based on the foregoing, Defendants DHS and TSA request the Court enter an order enlarging the time to answer or otherwise respond to Plaintiff's Amended Complaint by nine days to Friday, August 14, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By: */s/ Wyatt R. Nelson*
Wyatt Nelson,
Missouri Bar No. 72944;
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
wyatt.nelson@usdoj.gov

ATTORNEYS FOR DEFENDANTS

2

DEPARTMENT OF HOMELAND SECURITY
TRANSPORTATION SECURITY
ADMINISTRATION

Case 6:26-cv-03259-MDH    Document 20    Filed 08/05/26    Page 3 of 4

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on the 5th day of August 2026, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was mailed to Pro Se Plaintiff at the address listed below.

Leslie Mannon
25641Ortega Drive
Lebanon, MO 65536

                           */s/ Wyatt R. Nelson*

                           Wyatt R. Nelson
                           Assistant United States Attorney