IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LESLIE DENNIS MANNON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 6:26-CV-03259-MDH |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**APPLICATION FOR WITHDRAWAL OF COUNSEL**

COMES NOW David S. Baker, pursuant to Local Rule 83.2, and respectfully prays this Court enter its Order allowing him to withdraw as counsel of record for Defendants City of Springfield, Wheelen, Houseman, Whisnant and Matthews. Good and sufficient cause exists to allow Mr. Baker to withdraw as counsel of record because Christopher Heigele has entered an appearance on behalf of these Defendants (Doc. No. 24).

WHEREFORE, based upon the above and foregoing, and because new counsel has entered his appearance on behalf of these Defendants, it is respectfully submitted David Baker should be allowed to withdraw as counsel of record in this matter.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ David S. Baker

David S. Baker #30347
Christopher L. Heigele #45733
9393 W. 110th Street, Suite 300
Building 51, Corporate Woods
Overland Park, KS 66210
DBaker@fpsslaw.com
CHeigele@fpsslaw.com
Phone: (913) 339-6757; Fax: (913) 660-7919
***Attorneys for Defendants City of Springfield, Missouri, Houseman, Matthews, Wheelen and Whisnant***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court and that an electronic notice of filing and a copy of the foregoing will automatically be sent to the following:

Leslie Dean Mannon
25641 Ortega Drive
Lebanon, MO 65536
***Pro Se Plaintiff***

Wyatt R. Nelson
United States Attorney's Office
901 St. Louis Street, Suite 500
Springfield, MO 65806
***Attorneys for Defendants***
***U.S. Department of Homeland Security and***
***Transportation Security Administration***

/s/ David S. Baker
DAVID S. BAKER