**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| LESLIE MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et.al.,<br><br>Defendants. | ) | No. 6:26-cv-03259-MDH |

**<u>MOTION FOR EXTENSION OF TIME TO FILE REPLY</u>**

Defendants, the United States Department of Homeland Security and the Transportation Security Administration ("Federal Defendants"), move this Court for an order enlarging time to file their Reply in support of their motion to dismiss, ECF No. 22, by thirty days to Tuesday, October 13, 2026. In support of this motion, Defendants state:

**Supporting Suggestions**

1. On April 30, 2026, Plaintiff Leslie Mannon filed a Complaint, ECF No. 1, alleging claims against DHS, TSA, and the City of Springfield. On May 8, 2026, Plaintiff filed an Amended Complaint, ECF No. 3.

2. On August 14, 2026, Defendants DHS and TSA filed their motion to dismiss, and Plaintiff filed his response in opposition on August 28, 2026.

3. Due to the press of deadlines in other cases—specifically an appellate brief in *United States v. Anthony Dozier*, 26-1901 (6:20-cv-03314-MDH), and preparations for upcoming arguments at the Eighth Circuit in *United States v. Eben Payne*, 25-2771 (6:14-cv-030348-MDH), and *United States v. Alexander Treisman*, 26-1049 (6:25-cv-03231-MDH)[1]—undersigned counsel

[1] Oral arguments are scheduled for September 22 and 23.

has been unable to adequately prepare a reply to his motion to dismiss which addresses the multiple claims against the federal defendants.

5. By seeking additional time to respond, Defendants do not intend to delay these proceedings, but rather to develop a complete and thorough record for an efficient and just presentation of the issues before this Court. Further, granting this motion for an extension will not affect the timeline of resolution of this case: this case also involves multiple claims against non-federal defendants, and those defendants have not moved for dismissal of the claims against them. Thus, granting this motion will not hinder a speedy and proper resolution of this case.

Based on the foregoing, Defendants DHS and TSA request the Court enter an order enlarging the time to file their Reply by thirty days to Tuesday, October 13, 2026.

Respectfully submitted,

R. Matthew Price
United States Attorney

By: *<u>/s/ Wyatt R. Nelson</u>*

Wyatt Nelson,
Missouri Bar No. 72944
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
wyatt.nelson@usdoj.gov

ATTORNEYS FOR DEFENDANTS
DEPARTMENT OF HOMELAND SECURITY
TRANSPORTATION SECURITY
ADMINISTRATION

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September 2026, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was mailed to Pro Se Plaintiff at the address listed below.

Leslie Mannon
25641Ortega Drive
Lebanon, MO 65536

*/s/ Wyatt R. Nelson*

________________________________
Wyatt R. Nelson
Assistant United States Attorney