**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al,<br><br>Defendants. | Case No. 6:26-cv-03259-MDH |

**CERTIFICATE OF SERVICE**

COME NOW the Springfield Defendants, through counsel, and hereby certify the following document:

1. Defendants' Initial Rule 26 Disclosures

was served via U.S. mail on September 17, 2026, to:

Leslie Mannon
25641 Ortega Drive
Lebanon, MO 65536
Pro Se Plaintiff

Via electronic mail in PDF format to:

Wyatt Nelson
Assistant United States Attorney
901 St. Louis St., Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
Wyatt.nelson@usdoj.gov
Attorney for Defendants Dept. of Homeland Security, Transportation Security Administration

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, LLP**

/s/ Christopher L. Heigele

Christopher L. Heigele MBN 45733
9393 W. 110th, Suite 300
Corporate Woods, Bldg. 51
Overland Park, KS 66210
Telephone: (913) 339-6757
Facsimile: (913) 660-7919
cheigele@fpsslaw.com
ATTORNEY FOR DEFENDANTS CITY OF SPRINGFIELD, GREG WHEELEN, KEVIN HOUSEMAN, DARREN WHISNANT and CASEY MATTHEWS

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing was filed with the Court through its electronic filing system on September 17, 2026, with a copy sent via electronic mail to:

Via U.S. Mail to:

Leslie Mannon
25641 Ortega Drive
Lebanon, MO 65536
Pro Se Plaintiff

Wyatt Nelson
Assistant United States Attorney
901 St. Louis St., Suite 500
Springfield, MO 65806
Telephone: (417) 831-4406
Wyatt.nelson@usdoj.gov
Attorney for Defendants Dept. of Homeland Security, Transportation Security Administration

/s/ Christopher L. Heigele
Attorneys for Springfield Defendants